IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKEISHA SMITH,<br>Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | No. 14-6513 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

FILED

SEP 18 2015

MICHAEL E. KUNZ, Clerk
By _____Dep. Clerk

WILLIAM DITTER, JR., J.

AND NOW, this 17ᵗʰ day of September 2015, upon consideration of Plaintiff's

request for review, and Defendant's response, and after careful review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for award of benefits.

BY THE COURT:

WILLIAM DITTER, JR., J.
UNITED STATES DISTRICT COURT

cc: J. Rice